UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| ALEA LONDON LIMITED, | ) |
| Plaintiff, | ) |
| v. | ) **JUDGMENT** |
| | ) No. 7:09-CV-165-FL |
| BRENDA OXENDINE; CRYSTAL GRAHAM, as Guardian Ad Litem for J.R. a minor; LINDA COX, individually and as Guardian Ad Litem for J.J.C. a minor, | ) |
| Defendants. | ) |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, Chief United States District Judge, for hearing on August 19, 2010, where the court considered plaintiff's motion for default judgment against defendants Brenda Oxendine and Linda Cox and plaintiff's claim on the merits.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered September 9, 2010, that entries of default against defendants Oxendine and the minor J.R. are set aside. Plaintiff's motion for default judgment is granted as to defendant Cox. Plaintiff's request for declaratory relief is allowed as set forth more particularly in the court's order.

**This Judgment Filed and Entered on September 10, 2010, and Copies To:**

O. Craig Tierney, Jr. (via CM/ECF Notice of Electronic Filing)
Crystal Graham (via U.S. Mail) Smith & Graham, LLP,
          107 West 4th Street, Lumberton, NC 28358
Brenda Oxendine (via U.S. Mail) 33 Darrell Drive, Pembroke, NC 28372
Linda Cox (via U.S. Mail) 154 Bearswamp Lane, Pembroke, NC 28372

September 10, 2010                           DENNIS P. IAVARONE, CLERK
                                                           /s/ Christa N. Baker
                                                           (By) Christa N. Baker, Deputy Clerk